# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br>ESTATE OF RICK CURTIS,<br>Decedent | CASE NO.: 2:16-cv-08205-JAK (SKx)<br><br>**ORDER FOR DISTRIBUTION OF FUNDS AND DISCHARGE AND DISMISSAL OF THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA**<br><br>**JS-6** |
| ARACELI PATRICIO,<br>Petitioner,<br>v.<br>THE PRUDENTIAL LIFE INSURANCE COMPANY OF AMERICA, DOES 1 through 5 inclusive,<br>Respondent. | |
| AND ALL RELATED ACTIONS. | |

Upon Joint Motion submitted by Petitioner Araceli Patricio, as Co-Administrator of the Estate of Rick Curtis, Third Party Defendants Tracy Curtis, as Co-Administrator of the Estate of Rick Curtis, Anthony Curtis,[1] a minor, A.C.2., a minor, and E.R., a minor, (collectively, the "Adverse Claimants") and Respondent and Third Party Plaintiff The Prudential Insurance Company of America

---

[1] Third Party Defendant Anthony Curtis was originally identified as "A.C.1., a minor" because he was believed to be a minor at that time. The parties have subsequently confirmed that Anthony Curtis is an adult, having reached the age or majority in the first half of 2017.

("Prudential"), the Court having considered the application of the parties, and for good cause having been shown:

**IT IS ORDERED** as follows:

1. Upon entry of an Order by the California Superior Court, County of Los Angeles, ("Los Angeles Superior Court") permitting such distribution, Prudential shall be permitted to distribute to the co-Administrators of the Estate of Rick Curtis ("Estate") funds equal to the sum of death benefit proceeds in the aggregate amount of $580,000, which is comprised of $240,000 in Plan Basic life insurance benefits, and Plan Basic Accidental and Dismemberment benefits, (together, the "Death Benefit") that became due as a result of the death of Rick Curtis in connection with Group Life Insurance policy number G-50052-CA, which was issued by Prudential to Yahoo! Inc. (the "Plan"), less an award of $25,000 to Prudential for reimbursement of its attorneys' fees and costs, plus applicable interest, if any;

2. Upon such distribution, Prudential shall be, and hereby is, discharged from all liability relating to the Death Benefit or otherwise in connection with the Plan;

3. The Adverse Claimants shall be, and hereby are, permanently enjoined from making any further actual or implied claims, demands and causes of action, asserted or unasserted, express or implied, foreseen or unforeseen, real or imaginary, suspected or unsuspected, known or unknown, liquidated or unliquidated, of any kind or nature or description whatsoever, that the Adverse Claimants, jointly and severally, ever had, presently have, may have, or claim or assert to have, or hereinafter have, may have, or claim or assert to have, against Prudential with respect to the Death Benefit at issue or otherwise in connection with the Plan;

4. The Adverse Claimants shall be permitted and are not enjoined from asserting and litigating their claims against each other and others, except Prudential, for receipt of the proceeds distributed to the Estate; and

5. Upon Notice to this Court that the applicable funds have been distributed to the co-Administrators of the Estate, this action shall be dismissed, without prejudice and without costs to any party.

This ORDER shall be deemed a final judgment in accordance with Fed. R. Civ. P. 54(b), there being no just reason for delay.

ORDERED this 27th day of September, 2017.

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE